UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

CIVIL ACTION NO. 12-671-KKC

DAVID and DEBBIE CIKOVIC,                                    PLAINTIFFS,

V.                                **JUDGMENT**

HOMEBRIDGE MORTGAGE BANKERS CORP.,
JP MORGAN CHASE BANK, N.A.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
MERSCORP HOLDINGS, INC.,
BANK OF AMERICA, NA,
RECONTRUST COMPANY, N.A.,
CORELOGIC, INC.,
GOVERNMENT NATIONAL MORTGAGE ASSOCIATION,
JANE DOE TRUSTS, and
JOHN DOES,                                           DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered on September 27, 2013 (DE 32) and the order entered on the date of this judgment, the Court hereby ORDERS as follows:

1)      this matter is DISMISSED in its entirety against all Defendants;

2)      this Judgment is FINAL and APPEALABLE; and

3)      this matter is STRICKEN from the Court's active docket.

Dated this 2nd day of January, 2014.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY